429 A.2d 88

Princeton Sportswear Corp. v. H & M Assoc., and Becker, Appellants.

Argued December 4, 1979. Bruce J. Wisotsky, for appellant; Lewis Kates, for appellee.

Before HESTER, MONTGOMERY, and CIRILLO, JJ.*

Order of lower court affirmed.

429 A.2d 88

Trimfit, Inc. v. Ethel Russell, a/k/a Ethel Wynhym, Appellant.

Submitted December 6, 1979. Ethel Russell, in propria persona, for appellant; Michael F. Kraemer, for appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

The order of March 14, 1978 is affirmed.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania is sitting by designation.